Eric A Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE NATHAN WOODSON | § | CASE NO. 24-43704-ELM-13 |
| AISHA NICOLE DENNIS | § | |
|   Debtor | § | CHAPTER 13 |

### DEBTORS' NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

1. Debtors **Joe Nathan Woodson and Aisha Nicole Dennis** filed a voluntary Chapter 13 bankruptcy petition on December 11, 2024.

2. Debtors are eligible for relief under Chapter 7.

3. Debtors have not previously converted this case under 11 U.S.C. §§706, 1112, 1208, or 1307.

4. Debtors hereby give notice of their voluntary conversion of Chapter 13 case, **24-43704-ELM-13,** to a Chapter 7 case.

5. Debtors request the Clerk of the Court assign a Chapter 7 Trustee and schedule a Chapter 7 Meeting of Creditors.

Dated: December 31, 2024

ALLMAND LAW FIRM, P.L.L.C.

/s/ Eric A Maskell
Eric A Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2024, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTORS**:
Joe Nathan Woodson
Aisha Nicole Dennis
3603 Shady Valley Drive Apt 214
Arlington, TX 76013

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassell
860 Airport Freeway, Suite 150
Hurst, TX 76054

**U.S. TRUSTEE**
1100 Commerce Street
Room 976
Dallas, TX 75202

By: /s/ Eric A Maskell
Eric A Maskell
State Bar No. 24041409