**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern**   District of   **Texas**

Case number   **24-43704**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

   1.1 _____
   Street address, if available, or other description

   _____

   _____
   City          State     ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? _____

   Current value of the portion you own? _____

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. _____

   ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................➔   **$0.00**

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor  **Joe Nathan Woodson; Aisha Nicole Dennis**                    Case number *(if known)* **24-43704**

---

3.1   Make: **Chevrolet**

Model: **Tahoe**

Year: **2017**

Approximate mileage: **118000**

Other information:

| Source of Value: NADA |
| VIN: 1GNSCBKC4HR250455 |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$14,375.00**

Current value of the portion you own?   **$14,375.00**

If you own or have more than one, describe here:

3.2   Make: **Hyundai**

Model: **Santa Fe**

Year: **2014**

Approximate mileage: **130000**

Other information:

| Source of Value: NADA |
| VIN: 5XYZU3LB1EG165213 |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$9,600.00**

Current value of the portion you own?   **$9,600.00**

3.3   Make: **Honda**

Model: **Accord**

Year: **2022**

Approximate mileage: **88000**

Other information:

| Source of Value: NADA |
| VIN: (1HGCV1F39NA092279 |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$18,566.00**

Current value of the portion you own?   **$18,566.00**

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................   ➔   **$42,541.00**

---

Official Form 106A/B                    Schedule A/B: Property                    page **2**

Debtor   **Joe Nathan Woodson; Aisha Nicole Dennis**                    Case number *(if known)* **24-43704**

| **Part 3:** | Describe Your Personal and Household Items |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**6.  Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........   | See Attached. |   **$1,120.00**

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........   | See Attached. |   **$600.00**

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe. .........

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........   | Clothing (Adults 3. Children- 3) |   **$600.00**

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........   | Wedding Rings |   **$1,000.00**

Debtor  **Joe Nathan Woodson; Aisha Nicole Dennis**                    Case number *(if known)* **24-43704**

---

13.  **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........  | Guinee Pig (2) | $100.00

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. ............. |  |

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................................................... ➡  | $3,420.00

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ...................................................................................................................................    Cash: ...................    $0.00

17.  **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                         Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Chime** <br> **Account Number: 6458** | $1.09 |
| 17.2. Checking account: | **Chime** <br> **Account Number: 0603** | $81.37 |
| 17.3. Checking account: | **First Convenience Bank** <br> **Account Number: 7398** | $292.91 |
| 17.4. Savings account: | **Chime** <br> **Account Number: 3922** | $5.50 |
| 17.5. Other financial account: | **Cash App** <br> **Account Number: 3360** | $0.00 |
| 17.6. Other financial account: | **Cash App** <br> **Account Number: 5391** | $16.00 |

---

Debtor  **Joe Nathan Woodson; Aisha Nicole Dennis**                                          Case number *(if known)* **24-43704**

---

18.  **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ......................    Institution or issuer name:

_____    _____

_____    _____

_____    _____

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
      information about
      them....................    Name of entity:                                          % of ownership:

_____    _____    _____

_____    _____    _____

_____    _____    _____

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
      information about
      them....................    Issuer name:

_____    _____

_____    _____

_____    _____

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
      account separately.    Type of account:    Institution name:

      401(k) or similar plan:    _____    _____

      Pension plan:    _____    _____

      IRA:    _____    _____

      Retirement account:    _____    _____

      Keogh:    _____    _____

      Additional account:    _____    _____

      Additional account:    _____    _____

Official Form 106A/B                              **Schedule A/B: Property**                              page 5

Debtor   **Joe Nathan Woodson; Aisha Nicole Dennis**                           Case number *(if known)* **24-43704**

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ...................       Institution name or individual:

Electric: _____        _____

Gas: _____        _____

Heating oil: _____        _____

Security deposit on rental unit: _____        _____

Prepaid rent: _____        _____

Telephone: _____        _____

Water: _____        _____

Rented furniture: _____        _____

Other: _____        _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ...................       Issuer name and description:

_____        _____

_____        _____

_____        _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ...................       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____        _____

_____        _____

_____        _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...       ┌──────────────────────────────┐        _____
                                 └──────────────────────────────┘

Debtor  **Joe Nathan Woodson; Aisha Nicole Dennis**                    Case number *(if known)* **24-43704**

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

    2023 tax refund

    Federal:                     $5,598.00

    State:

    Local:

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony:

    Maintenance:

    Support:

    Divorce settlement:

    Property settlement:

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

Debtor  **Joe Nathan Woodson; Aisha Nicole Dennis**                         Case number *(if known)* **24-43704**

---

31.  **Interests in insurance policies**

     *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

     ☑ No

     ☐ Yes. Name the insurance company
       of each policy and list its value. ...    Company name:              Beneficiary:                Surrender or refund value:

32.  **Any interest in property that is due you from someone who has died**

     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

     ☑ No

     ☐ Yes. Give specific information. ........

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

     *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

     ☑ No

     ☐ Yes. Describe each claim. ...............

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

     ☑ No

     ☐ Yes. Describe each claim. ...............

35.  **Any financial assets you did not already list**

     ☑ No

     ☐ Yes. Give specific information. ........

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .........................................................................................................  ➔   | $5,994.87 |

---

**Part 5:**     Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

     ☑ No. Go to Part 6.

     ☐ Yes. Go to line 38.

                                                               **Current value of the portion you own?**
                                                               Do not deduct secured claims or exemptions.

---

Debtor   **Joe Nathan Woodson; Aisha Nicole Dennis**      Case number *(if known)* **24-43704**

---

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                               % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

---

Debtor    **Joe Nathan Woodson; Aisha Nicole Dennis**                                     Case number *(if known)* **24-43704**

---

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...................................................................................................  ➜   | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.  **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................          _____          _____

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............          _____          _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................          _____          _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................          _____          _____

Debtor   **Joe Nathan Woodson; Aisha Nicole Dennis**                    Case number *(if known)* __24-43704__

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............

_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
**for Part 6. Write that number here** ....................................................  ➡  | **$0.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

_____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................  ➡  | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...............................................................................  ➡  | **$0.00** |

56. **Part 2: Total vehicles, line 5**              | **$42,541.00** |

57. **Part 3: Total personal and household items, line 15**       | **$3,420.00** |

58. **Part 4: Total financial assets, line 36**          | **$5,994.87** |

59. **Part 5: Total business-related property, line 45**        | **$0.00** |

60. **Part 6: Total farm- and fishing-related property, line 52**     | **$0.00** |

61. **Part 7: Total other property not listed, line 54**     +   | **$0.00** |

62. **Total personal property.** Add lines 56 through 61. ...............  | **$51,955.87** |   Copy personal property total ➡  + | **$51,955.87** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................  | **$51,955.87** |

Debtor   **Joe Nathan Woodson; Aisha Nicole Dennis**                          Case number *(if known)* **24-43704**

## Continuation Page

| 6. | **Household goods and furnishings** | |
|----|----|----|
| | **Bed (4)** | **$200.00** |
| | **Dishes / Flatware** | **$50.00** |
| | **Dressers / Nightstands** | **$400.00** |
| | **Freezer** | **$100.00** |
| | **Kitchen Table / Chairs** | **$200.00** |
| | **Microwave** | **$20.00** |
| | **Pots / Pans / Cookware** | **$50.00** |
| | **Sofa** | **$100.00** |
| 7. | **Electronics** | |
| | **Laptop** | **$200.00** |
| | **Television (2)** | **$200.00** |
| | **Video Game System** | **$200.00** |

Official Form 106A/B                    **Schedule A/B: Property**                    page **12**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number **24-43704**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Chevrolet Tahoe**  VIN: **1GNSCBKC4HR250455**  Line from *Schedule A/B*: **3.1** | **$14,375.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-43704** |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2014 Hyundai Santa Fe** VIN: **5XYZU3LB1EG165213** Line from *Schedule A/B*: **3.2** | **$9,600.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2022 Honda Accord** VIN: **(1HGCV1F39NA092279** Line from *Schedule A/B*: **3.3** | **$18,566.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** **11 U.S.C. § 522(d)(5)** |
| Brief description: **Sofa** Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Freezer** Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Microwave** Line from *Schedule A/B*: **6** | **$20.00** | ☑ **$20.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Dishes / Flatware** Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Pots / Pans / Cookware** Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | Joe | Nathan | Woodson | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __24-43704__ |
| Debtor 2 | Aisha | Nicole | Dennis | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bed (4)**<br>Line from *Schedule A/B:* __6__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Dressers / Nightstands**<br>Line from *Schedule A/B:* __6__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Kitchen Table / Chairs**<br>Line from *Schedule A/B:* __6__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Television (2)**<br>Line from *Schedule A/B:* __7__ | **$200.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Video Game System**<br>Line from *Schedule A/B:* __7__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Laptop**<br>Line from *Schedule A/B:* __7__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Clothing (Adults 3. Children- 3)**<br>Line from *Schedule A/B:* __11__ | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Wedding Rings**<br>Line from *Schedule A/B:* __12__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **Guinee Pig (2)**<br>Line from *Schedule A/B:* __13__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page __3__ of __4__

| Debtor 1 | Joe | Nathan | Woodson | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 24-43704 |
| Debtor 2 | Aisha | Nicole | Dennis | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash**  Line from *Schedule A/B*: **16** | **$0.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chime**  **Checking account**  **Acct. No.: 6458**  Line from *Schedule A/B*: **17** | **$1.09** | ☑ **$1.09**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chime**  **Checking account**  **Acct. No.: 0603**  Line from *Schedule A/B*: **17** | **$81.37** | ☑ **$81.37**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **First Convenience Bank**  **Checking account**  **Acct. No.: 7398**  Line from *Schedule A/B*: **17** | **$292.91** | ☑ **$292.91**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash App**  **Other financial account**  **Acct. No.: 5391**  Line from *Schedule A/B*: **17** | **$16.00** | ☑ **$16.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash App**  **Other financial account**  **Acct. No.: 3360**  Line from *Schedule A/B*: **17** | **$0.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chime**  **Savings account**  **Acct. No.: 3922**  Line from *Schedule A/B*: **17** | **$5.50** | ☑ **$5.50**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2023 tax refund**  **Federal tax**  Line from *Schedule A/B*: **28** | **$5,598.00** | ☑ **$5,598.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Joe Nathan Woodson**                           CASE NO  **24-43704**

**Aisha Nicole Dennis**                          CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real Estate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicle | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,020.00 | $0.00 | $1,020.00 | $1,020.00 | $0.00 |
| 7. | Electronics | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 12. | Jewelry | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 13. | Nonfarm animals | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $396.87 | $0.00 | $396.87 | $396.87 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Joe Nathan Woodson**          CASE NO  **24-43704**

**Aisha Nicole Dennis**          CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $5,598.00 | $0.00 | $5,598.00 | $5,598.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:      **Joe Nathan Woodson**                    CASE NO  **24-43704**

**Aisha Nicole Dennis**                    CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$9,114.87** | **$0.00** | **$9,114.87** | **$9,114.87** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Joe Nathan Woodson**                    CASE NO  **24-43704**

**Aisha Nicole Dennis**                    CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $9,114.87 | $0.00 | $9,114.87 | $0.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____

Case number (if known) __**24-43704**__

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

**2.1** **ARIVO ACCEPTANCE LLC**

Creditor's Name

**4770 S 5600 W,**

**STE 200**

Number        Street

**WEST VALLEY CITY, UT 84070**

City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred __**10/28/2023**__

Describe the property that secures the claim:

| **2017 Chevrolet Tahoe** |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   __**Certificate of Title**__

Last 4 digits of account number    **3  3  3  1**

Amount of claim: **$36,836.34**    Value of collateral: **$14,375.00**    Unsecured portion: **$22,461.34**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$36,836.34** |
|---|---|

| Debtor 1 | Joe | Nathan | Woodson | Case number *(if known)* 24-43704 |
|---|---|---|---|---|
| Debtor 2 | Aisha | Nicole | Dennis | |
| | First Name | Middle Name | Last Name | |

| | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

**2.2**

| **Automax Arlington** | Describe the property that secures the claim: | $17,148.00 | $9,600.00 | $7,548.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**

| 2014 Hyundai Santa Fe |
|---|

**200N Collins St**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Arlington, TX 76011**

City    State    ZIP Code

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Certificate of Title**

Date debt was incurred    **8/1/2024**    Last 4 digits of account number    **7  8  2  2**

**2.3**

| **Conn Appliances, Inc.** | Describe the property that secures the claim: | $3,053.00 | $100.00 | $2,953.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Becket and Lee LLP**

| Sofa |
|---|

**PO Box 3002**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Malvern, PA 77381**

City    State    ZIP Code

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.

- ❑ Debtor 1 only
- ☑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Purchase Money**

Date debt was incurred    **1/1/2021**    Last 4 digits of account number    **0  5  7  1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $20,201.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **3**

| Debtor 1 | Joe | Nathan | Woodson | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 24-43704 |
| Debtor 2 | Aisha | Nicole | Dennis | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.4**

| **Conn Appliances, Inc.** | Describe the property that secures the claim: | $2,646.00 | $200.00 | $2,446.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Becket and Lee LLP**

**Television (2)**

**PO Box 3002**

Number     Street

**Malvern, PA 77381**

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Purchase Money**

Date debt was incurred    **9/1/2021**     Last 4 digits of account number    **0   0   7   2**

**2.5**

| **Flagship Credit Acceptance** | Describe the property that secures the claim: | $36,223.00 | $18,566.00 | $17,657.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**

**2022 Honda Accord**

**PO Box 965**

Number     Street

**Chadds Ford, PA 19317**

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Certificate of Title**

Date debt was incurred    **1/1/2023**     Last 4 digits of account number    **1   0   0   1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $38,869.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $95,906.34 |

Fill in this information to identify your case:

| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas**

Case number **24-43704**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **American Honda Finance Corporation** | Last 4 digits of account number   **9   3   6   2** | **$4,296.60** |
|---|---|---|---|

Nonpriority Creditor's Name

**National Bankruptcy Center**              **When was the debt incurred?**  _____

**P.O. Box 168088**

Number          Street                    **As of the date you file, the claim is:** Check all that apply.

**Irving, TX 75016**                        ☐ Contingent
City          State          ZIP Code        ☐ Unliquidated
                                            ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                            **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                            ☐ Student loans
☑ Debtor 1 and Debtor 2 only               ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another      priority claims
☑ Check if this claim is for a community debt   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ☑ Other. Specify   **Repo Deficiency**
**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | Joe | Nathan | Woodson | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 24-43704 |
| Debtor 2 | Aisha | Nicole | Dennis | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.2** ARIVO ACCEPTANCE LLC

Nonpriority Creditor's Name

4770 S 5600 W,

STE 200

Number          Street

WEST VALLEY CITY, UT 84070

City                State                ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   4   1   8

**When was the debt incurred?**          11/2/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Auto Accident Deficiency

$5,015.04

---

**4.3** Chimefinal

Nonpriority Creditor's Name

Po Box 417

Number          Street

San Francisco, CA 94104

City                State                ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   2   2   8

**When was the debt incurred?**          5/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditLineSecured

$67.00

Official Form 106E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                  page 2 of 24

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-43704** |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4** **Cook Children's**
Nonpriority Creditor's Name

**P.O. Box 733720**
Number          Street

**Dallas, TX 75373-3720**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3    8    7    7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Medical Bill**

**$21,927.57**

**4.5** **Crescent Bank & Trust**
Nonpriority Creditor's Name

**P.O. Box 2829**
Number          Street

**Addison, TX 70161-1813**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4    1    3    1**

**When was the debt incurred?**    **2/1/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Repo Deficiency**

**$6,482.08**

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* | **24-43704** |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

### 4.6 Envision Physician Services

Nonpriority Creditor's Name

**PO Box 99101 # 530**

Number          Street

**Las Vegas, NV 89193**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   8   5   9**    **$75.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

### 4.7 FH Cann & Associates

Nonpriority Creditor's Name

**100 Domain Drive Sutie 200**

Number          Street

**Exeter, NH 03833**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   3   1   0**    **$219.57**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting For -Navy Federal Credit Union**

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* **24-43704** | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

---

**4.8** | **Fig Loans**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**335 Madison Ave**
Number          Street

**Manhattan, NY 10017**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **6   0   6   9**          **$434.00**

When was the debt incurred?          **2/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Installment Loan**

---

**4.9** | **Heart and Vascular Specialists**
Nonpriority Creditor's Name

**PO Box 668**
Number          Street

**Brentwood, TN 37024**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **3   0   5   5**          **$657.89**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __24-43704__ |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

| 4.10 | **Heart and Vascular Specialists** | Last 4 digits of account number | **3** | **0** | **5** | **5** | **$841.84** |

Nonpriority Creditor's Name

**PO Box 668**

Number          Street

When was the debt incurred?   **11/22/2024**

**Brentwood, TN 37024**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.11 | **IC Systems, Inc** | Last 4 digits of account number | **8** | **4** | **5** | **2** | **$836.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 64444**

Number          Street

When was the debt incurred?   **3/1/2022**

**Saint Paul, MN 55164**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting For -ATT U-VERSE**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __24-43704__ |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.12**    **IC Systems, Inc**       Last 4 digits of account number   **9**   **5**   **7**   **5**     $78.00

Nonpriority Creditor's Name

**Attn: Bankruptcy**      When was the debt incurred?     __1/1/2022__

**PO Box 64444**

Number     Street      **As of the date you file, the claim is:** Check all that apply.

**Saint Paul, MN 55164**

City     State     ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Agency**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**4.13**    **Landmark Strategy Group, LLC**       Last 4 digits of account number   **0**   **2**   **2**   **1**     $3,581.60

Nonpriority Creditor's Name

**C/O Weinstein & Riley, P.S.**      When was the debt incurred?

**749 GATEWAY, SUITE G-601**

Number     Street      **As of the date you file, the claim is:** Check all that apply.

**ABILENE, TX 98121**

City     State     ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
| | First Name | Middle Name | Last Name | Case number *(if known)*  **24-43704** |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.14**  **Medical Center Of Arlington**

Nonpriority Creditor's Name

**Resurgent Capital Services**

**PO Box 1927**

Number                 Street

**Greenville, SC 37229**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$3,660.53**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.15**  **Navy Federal Credit Union**

Nonpriority Creditor's Name

**P.O. Box 23900**

Number                 Street

**MERRIFIELD, VA 22119**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1    1    9    1**          **$271.00**

**When was the debt incurred?**    **6/22/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-43704**

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                          Total claim

---

**4.16**    **Navy Federal Credit Union**
Nonpriority Creditor's Name

**P.O. Box 3000**
Number        Street

**Merrifield, VA 22119**
City        State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1    1    9    1**    $251.55

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.17**    **NTTA**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 660244**
Number        Street

**Dallas, TX 75266**
City        State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9    5    1    0**    $77.68

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Tolls**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|----------|---------|------------|-------------|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **24-43704**

| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
|----------|-----------|------------|------------|
| | First Name | Middle Name | Last Name |

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.18**  **NTTA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 660244**

Number          Street

**Dallas, TX 75266**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3    5    2    0**      $14.78

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Tolls**

---

**4.19**  **NTTA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 660244**

Number          Street

**Dallas, TX 75266**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8    0    6    9**      $512.38

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Tolls**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* | **24-43704** |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.20** | **NTTA** | | Last 4 digits of account number   **8   0   6   9** | **$922.08**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred?   _____

**PO Box 660244**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Dallas, TX 75266**

☐ Contingent

City        State        ZIP Code

☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Tolls**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.21** | **NTTA** | | Last 4 digits of account number   **8   9   8   8** | **$1,591.58**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred?   **11/21/24**

**5900 W. Plano Parkway**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Plano, TX 75093**

☐ Contingent

City        State        ZIP Code

☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Tolls**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* __**24-43704**__ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.22**  **NTTA**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**5900 W. Plano Parkway**
Number          Street

**Plano, TX 75093**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9   6   0   4**          $29.36

When was the debt incurred?          **11/07/24**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tolls**

---

**4.23**  **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**120 Corporate Blvd**
Number          Street

**Norfolk, VA 23502**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6   1   9   6**          $739.00

When was the debt incurred?          **12/1/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting For -COMENITY CAPITAL BANK**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-43704** |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | **Total claim**

---

**4.24**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**120 Corporate Blvd**
Number          Street

**Norfolk, VA 23502**
City                State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8  7  8  6**            **$685.00**

When was the debt incurred?            **11/1/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collecting For -COMENITY BANK**

---

**4.25**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**120 Corporate Blvd**
Number          Street

**Norfolk, VA 23502**
City                State            ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8  1  8  5**            **$674.00**

When was the debt incurred?            **1/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collecting For -CAPITAL ONE BANK USA N.A.**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-43704** |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.26** | **Portfolio Recovery Associates, LLC**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**120 Corporate Blvd**
Number          Street

**Norfolk, VA 23502**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6    8    1    8**          $650.00

**When was the debt incurred?**          **11/1/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collecting For -COMENITY BANK**

---

**4.27** | **Possible Finance**

Nonpriority Creditor's Name

**2231 First Avenue Suite B**
Number          Street

**Seattle, WA 98121**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    X    K    A**          $421.00

**When was the debt incurred?**          **4/1/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Installment Loan**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __24-43704__ |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | **Total claim**

---

**4.28**    **Spring Oaks Capital SPV&#044; LLC**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1400 Crossways Blvd Suite 100B**

Number     Street

**Chesapeake, VA 23320**

City     State     ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9**   **1**   **3**   **8**

When was the debt incurred?   __4/30/2024__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collecting For -12 BMG LOANSATWORK LLC**

**$2,336.68**

---

**4.29**    **Sunbit Financial**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**10880 Wilshire Blv Suite 870**

Number     Street

**Los Angeles, CA 90024**

City     State     ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9**   **6**   **6**   **0**

When was the debt incurred?   __1/19/2022__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **InstallmentSalesContract**

**$191.00**

---

| Debtor 1 | Joe | Nathan | Woodson | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __24-43704__ |
| Debtor 2 | Aisha | Nicole | Dennis | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.30    Sunbit Financial

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**10880 Wilshire Blv Suite 870**

Number        Street

**Los Angeles, CA 90024**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3    8    1    4        **$169.00**

When was the debt incurred?        **8/17/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **InstallmentSalesContract**

### 4.31    T Mobile/T-Mobile USA Inc

Nonpriority Creditor's Name

**by AIS Infosource, LP as agent**

**PO Box 248848**

Number        Street

**Oklahoma City, OK 75287**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    4    3    5    1        **$555.65**

When was the debt incurred?        **1/31/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collecting For -T-MOBILE**

| Debtor 1 | Joe | Nathan | Woodson | | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | Aisha | Nicole | Dennis | Case number *(if known)* | **24-43704** |
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.32 Target NB

Nonpriority Creditor's Name

**P.O. box 673**

Number          Street

**Minneapolis, MN 55440-0673**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    8   0   6   3          **$547.00**

**When was the debt incurred?**          **10/30/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

### 4.33 Transworld Systems

Nonpriority Creditor's Name

**8131 LBJ Freeway Ste. 200**

Number          Street

**Dallas, TX 75251**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    4   2   9   4          **$1,362.90**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting For -IKids Pediatric Dentistry**

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* __24-43704__ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.34**    TX Tag · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    **$20.46**

Nonpriority Creditor's Name

**PO Box 650749** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Number          Street

**Dallas, TX 75265** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **3    6    0    4**

**When was the debt incurred?** · · · · · · · · · · · · · · · · · · · ·

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tolls** · · · · · · · · · · · · · · · · · · · · · · ·

---

**4.35**    TX Tag · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    **$19.31**

Nonpriority Creditor's Name

**PO Box 650749** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Number          Street

**Dallas, TX 75265** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **3    6    0    4**

**When was the debt incurred?** · · · · · · · · · · · · · · · · · · · ·

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tolls** · · · · · · · · · · · · · · · · · · · · · · ·

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*  __24-43704__ |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.36**   **TX Tag**                          Last 4 digits of account number    3   3   1   5          **$23.91**

Nonpriority Creditor's Name

**PO Box 650749**                          **When was the debt incurred?**        **11/20/24**

Number              Street

**Dallas, TX 75265**                       **As of the date you file, the claim is:** Check all that apply.

City          State          ZIP Code       ☐ Contingent
                                            ☐ Unliquidated
**Who incurred the debt?** Check one.        ☐ Disputed

☐ Debtor 1 only                            **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only               ☐ Student loans
☐ At least one of the debtors and another  ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☑ **Check if this claim is for a community debt**    priority claims
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**          ☑ Other. Specify  **Tolls**

☑ No
☐ Yes

---

**4.37**   **U.S. Department of Education c/o Nelnet**    Last 4 digits of account number    1   9   2   7          **$46,483.15**

Nonpriority Creditor's Name

**121 S 13th St**                          **When was the debt incurred?**        **6/1/2015**

Number              Street

**Lincoln, NE 68501**                      **As of the date you file, the claim is:** Check all that apply.

City          State          ZIP Code       ☐ Contingent
                                            ☐ Unliquidated
**Who incurred the debt?** Check one.        ☐ Disputed

☐ Debtor 1 only                            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only               ☑ Student loans
☐ At least one of the debtors and another  ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**    priority claims
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**          ☐ Other. Specify

☑ No
☐ Yes

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* __24-43704__ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | | **Total claim** |

### 4.38

**United Healthcare Insurance Company**
Nonpriority Creditor's Name

**PO Box 740800**
Number            Street

**Atlanta, GA 30374**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3   7   0   1**    $283.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

### 4.39

**United Healthcare Insurance Company**
Nonpriority Creditor's Name

**PO Box 740800**
Number            Street

**Atlanta, GA 30374**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8   9   3   7**    $50.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* __24-43704__ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.40**   **United Healthcare Insurance Company**

Nonpriority Creditor's Name

**PO Box 740800**

Number          Street

**Atlanta, GA 30374**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   7   0   1**          **$3,660.53**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

---

**4.41**   **United Healthcare Insurance Company**

Nonpriority Creditor's Name

**PO Box 740800**

Number          Street

**Atlanta, GA 30374**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   7   0   1**          **$75.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)*  **24-43704** |
| | First Name | Middle Name | Last Name | |

## Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.42**    **United Healthcare Insurance Company**

Nonpriority Creditor's Name

**PO Box 740800**

Number              Street

**Atlanta, GA 30374**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **3   7   0   1**              **$386.16**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

---

**4.43**    **Valor Intelligent Processing**

Nonpriority Creditor's Name

**PO Box 207899**

Number              Street

**Dallas, TX 75320**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **4   4   5   7**              **$37.56**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting For -NTTA**

---

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-43704** |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | |
| | First Name | Middle Name | Last Name | |

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                          Total claim

---

**4.44**  **Valor Intelligent Processing**                     Last 4 digits of account number   **5   0   7   1**          **$163.58**
Nonpriority Creditor's Name

**PO Box 207899**                                              **When was the debt incurred?**   _____
Number          Street

**As of the date you file, the claim is:** Check all that apply.
**Dallas, TX 75320**
City          State          ZIP Code         ☐ Contingent
                                              ☐ Unliquidated
**Who incurred the debt?** Check one.          ☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only                               **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 and Debtor 2 only                  ☐ Student loans
☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☒ **Check if this claim is for a community debt**        priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**            ☒ Other. Specify   **Collecting For -NTTA**

☒ No
☐ Yes

---

**4.45**  **Vance & Huffman Llc**                             Last 4 digits of account number   **0   3   4   5**          **$750.00**
Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**                          **When was the debt incurred?**   **4/1/2024**

**55 Monette Pkwy , Ste 100**
Number          Street                        **As of the date you file, the claim is:** Check all that apply.
**Smithfield, VA 23430**
City          State          ZIP Code         ☐ Contingent
                                              ☐ Unliquidated
**Who incurred the debt?** Check one.          ☐ Disputed

☐ Debtor 1 only
☒ Debtor 2 only                               **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only                  ☐ Student loans
☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**        priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**            ☒ Other. Specify   **Collecting For -BUILD CARD REPUBLIC BANK**

☒ No
☐ Yes

---

| Debtor 1 | Joe | Nathan | Woodson | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-43704** |
| Debtor 2 | Aisha | Nicole | Dennis | |
| | First Name | Middle Name | Last Name | |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$46,483.15** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$65,643.93** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$112,127.08** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **24-43704**
(if known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Aaron's LLC** <br> Name <br> **1435 W Arbrook Blvd** <br> Number     Street <br> **Arlington, TX 76015** <br> City          State     ZIP Code | **Furniture Lease** <br> **Contract to be ASSUMED** |
| **2.2** **Shady Valley Square Apts** <br> Name <br> **692 N Cypress St** <br> Number     Street <br> **Orange, CA 92867** <br> City          State     ZIP Code | **Residential Lease** <br> **Contract to be ASSUMED** |
| **2.3** **Spectrum** <br> Name <br> **PO Box 60074** <br> Number     Street <br> **City of Industry, CA 91716** <br> City          State     ZIP Code | **Cell phone service contract** <br> **Contract to be ASSUMED** |
| **2.4** <br> Name <br> Number     Street <br> City          State     ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__

Case number **24-43704**
(if known)

☐ Check if this is an amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　☐ No
　　☑ Yes. In which community state or territory did you live? ___**Texas**___. Fill in the name and current address of that person.

　　　**Aisha Nicole Dennis**
　　　Name of your spouse, former spouse, or legal equivalent
　　　**3603 Shady Valley Drive Apt 214**
　　　Number　　　　Street
　　　**Arlington, TX 76013**
　　　City　　　　State　　　　ZIP Code

　　☑ Yes. In which community state or territory did you live? ___**Texas**___. Fill in the name and current address of that person.

　　　**Joe Nathan Woodson**
　　　Name of your spouse, former spouse, or legal equivalent
　　　**3603 Shady Valley Drive Apt 214**
　　　Number　　　　Street
　　　**Arlington, TX 76013**
　　　City　　　　State　　　　ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** | |
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number　　　Street | ☐ Schedule G, line _____ |
| City　　　State　　　ZIP Code | |

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | Case number *(if known)*  24-43704 |
|---|---|---|---|---|---|
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | | |
| | First Name | Middle Name | Last Name | | |

### Additional Page to List More Codebtors

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |
| 3.2 | | |
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | Number         Street | ☐ Schedule G, line _____ |
| | City                State                ZIP Code | |

Official Form 106H                    **Schedule H: Codebtors**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | **24-43704** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed  ☐ Not Employed | ☑ Employed  ☐ Not Employed |
| **Occupation** | | **Operation Supervisor** | **Specialist** |
| **Employer's name** | | **Ocean Beauty Seafood** | **Walgreens** |
| **Employer's address** | | **Box 70739** | **108 Wilmot Rd MS 2002** |
| | | Number Street | Number Street |
| | | **Seattle, WA 98127** | **Deerfield, IL 60015** |
| | | City        State        Zip Code | City        State        Zip Code |
| **How long employed there?** | | **1 year 8 months** | **2 months** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | **$6,128.31** | **$2,544.59** |
| 3. **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | + **$0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | **$6,128.31** | **$2,544.59** |

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-43704** |

|  | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here.................................................➔ | 4. | $6,128.31 | $2,544.59 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $862.23 | $207.88 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $188.46 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $3.60 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,054.29 | $207.88 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $5,074.02 | $2,336.71 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $392.24 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $392.24 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $5,074.02 + | $2,728.95 = $7,802.97 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                                      11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies      12. $7,802.97

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number | **24-43704** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 15 | ☐ No. ☑ Yes. |
| Child | 11 | ☐ No. ☑ Yes. |
| Child | 8 | ☐ No. ☑ Yes. |
| Child | 20 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | **$1,399.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | **$30.00** |
| 4d. | Homeowner's association or condominium dues | **$0.00** |

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-43704** | |

|  |  | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. $450.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $200.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $340.00 |
| | 6d.  Other. Specify:  **Streaming Services** | 6d. $50.00 |
| 7. | **Food and housekeeping supplies** | 7. $1,725.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $300.00 |
| 10. | **Personal care products and services** | 10. $300.00 |
| 11. | **Medical and dental expenses** | 11. $200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $300.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $160.00 |
| | 15c. Vehicle insurance | 15c. $780.00 |
| | 15d. Other insurance. Specify: | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1  **2022 Honda Accord** | 17a. $836.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: | 17c. $0.00 |
| | 17d. Other. Specify: | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | |
|---|---|---|---|---|
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | Case number *(if known)* **24-43704** |
| | First Name | Middle Name | Last Name | |

| | | | |
|---|---|---|---|
| 21. | **Other.** Specify: Pet Expenses (Insurance and Food) | 21. + | $200.00 |

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | 22a. | $7,870.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $0.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $7,870.00 |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| | 23a. Copy line 12 (your combined monthly income) from *Schedule I.* | 23a. | $7,802.97 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. − | $7,870.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | ($67.03) |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **24-43704**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................... | **$51,955.87** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | **$51,955.87** |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$95,906.34** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $112,127.08** |
| **Your total liabilities** | **$208,033.42** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$7,802.97** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................... | **$7,870.00** |

| Debtor 1 | **Joe** | **Nathan** | **Woodson** | | |
|----------|---------|------------|-------------|--|--|
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)*  **24-43704** | |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑  Yes

**7. What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$6,098.54**

**9.** Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$46,483.15** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +  **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$46,483.15** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joe** | **Nathan** | **Woodson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aisha** | **Nicole** | **Dennis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | **24-43704** | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Joe Nathan Woodson**               X **/s/ Aisha Nicole Dennis**
_____          _____
Joe Nathan Woodson , Debtor 1            Aisha Nicole Dennis, Debtor 2

Date **12/31/2024**                       Date **12/31/2024**
   MM/ DD/ YYYY                              MM/ DD/ YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Joe Nathan Woodson**
**Aisha Nicole Dennis**

CASE NO 24-43704

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**12/31/2024**___   Signature _____**/s/ Joe Nathan Woodson**_____
Joe Nathan Woodson , Debtor

Date ___**12/31/2024**___   Signature _____**/s/ Aisha Nicole Dennis**_____
Aisha Nicole Dennis, Joint Debtor

Aaron's LLC
1435 W Arbrook Blvd
Arlington, TX 76015


Aisha Nicole Dennis
3603 Shady Valley Drive Apt 214
Arlington, TX 76013


Allmand Law Firm, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264


American Honda Finance
Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016

ARIVO ACCEPTANCE LLC
4770 S 5600 W, STE 200
WEST VALLEY CITY, UT 84070


Attorney General of Texas
Bankruptcy Collection Division
PO Box 12017
Austin, TX 78711


Automax Arlington
Attn: Bankruptcy 200N Collins St
Arlington, TX 76011


Chimefinal
Po Box 417
San Francisco, CA 94104

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 77381

Cook Children's
P.O. Box 733720
Dallas, TX 75373-3720

Crescent Bank & Trust
P.O. Box 2829
Addison, TX 70161-1813

Envision Physician Services
PO Box 99101 # 530
Las Vegas, NV 89193

FH Cann & Associates
100 Domain Drive Sutie 200
Exeter, NH 03833

Fig Loans
Attn: Bankruptcy 335 Madison Ave
Manhattan, NY 10017

Flagship Credit Acceptance
Attn: Bankruptcy
PO Box 965
Chadds Ford, PA 19317

Heart and Vascular Specialists
PO Box 668
Brentwood, TN 37024

IC Systems, Inc
Attn: Bankruptcy
PO Box 64444
Saint Paul, MN 55164


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Joe Nathan Woodson
3603 Shady Valley Drive Apt 214
Arlington, TX 76013


Landmark Strategy Group,
LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 98121


Linebarger Goggan Blair &
Sampson, LLP
2777 N. Stemmons Freeway, Ste 1000
Dallas, TX 75207


Medical Center Of Arlington
Resurgent Capital Services
PO Box 1927
Greenville, SC 37229


Navy Federal Credit Union
P.O. Box 23900
MERRIFIELD, VA 22119


Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

NTTA
Attn: Bankruptcy
PO Box 660244
Dallas, TX 75266


NTTA
Attn: Bankruptcy
5900 W. Plano Parkway
Plano, TX 75093


NTTA
PO Box 660244
Dallas, TX 75266


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Possible Finance
2231 First Avenue Suite B
Seattle, WA 98121


Shady Valley Square Apts
692 N Cypress St
Orange, CA 92867


Spectrum
PO Box 60074
City of Industry, CA 91716


Spring Oaks Capital
SPV&#044; LLC
Attn: Bankruptcy
1400 Crossways Blvd Suite 100B
Chesapeake, VA 23320

Sunbit Financial
Attn: Bankruptcy 10880 Wilshire Blv Suite
870
Los Angeles, CA 90024

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
PO Box 248848
Oklahoma City, OK 75287

Target NB
P.O. box 673
Minneapolis, MN 55440-0673

Texas Alcoholic Beverage
Comm
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Transworld Systems
8131 LBJ Freeway Ste. 200
Dallas, TX 75251

TX Tag
PO Box 650749
Dallas, TX 75265

U.S. Department of Education
c/o Nelnet
121 S 13th St
Lincoln, NE 68501

United Healthcare Insurance
Company
PO Box 740800
Atlanta, GA 30374

United States Attorney
—NORTH
3rd. Floor, 1100 Commerce St
Dallas, TX 75242


United States Trustee
1100 Commerce Street Room 1254
Dallas, TX 75242


US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530


Valor Intelligent Processing
PO Box 207899
Dallas, TX 75320


Vance & Huffman Llc
Attn: Bankruptcy Attn: Bankruptcy
55 Monette Pkwy , Ste 100
Smithfield, VA 23430


Wehner MGMT
DBA Shady Valley Square Apts
3206 Green Tee Dr
Arlington, TX 76013