B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    Joe Nathan Woodson

        Aisha Nicole Dennis                           Case No. **24-43704**

**Debtor**                                                                 Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. **$2,000.00**

   Prior to the filing of this statement I have received ..................................................................... **$2,000.00**

   Balance Due .................................................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

    Motion to Impose Stay
    Motion to Extend Stay
    Motion to Incur Debt
    Defense of Objection to Discharge
    Defense of Motions for relief after the 2nd such Motion
    Motion for Relief for Divorce Proceeding
    Motion to Sell Property
    Motion to Modify Chapter 13 Plan after Confirmation
    Motion to Retain Tax Refund/or Objection to Trustee's Modification
    Motion to Approve Settlement
    Other Contested matters or Adversary Proceedings
    Discharge Proceeding brought by client, including those related to IRS debt, student loans
    or marital debt
    Re-opening a bankruptcy case to submit post-filing proof of pre-discharge counseling
    Issues that arise that are not specifically listed in the Retainer
    Dishonored or Cancelled ACH drafts
    Missed or cancelled of appointment/meeting
    Any matter requiring an evidentiary hearing"

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/31/2024** | **/s/ Eric A Maskell** |
|---|---|
| *Date* | Eric A Maskell |
| | *Signature of Attorney* |
| | Bar Number: 24041409 |
| | Allmand Law Firm, PLLC |
| | 860 Airport Fwy Ste 401 |
| | Hurst, TX 76054-3264 |
| | Phone: (214) 265-0123 |
| | Fax: (214) 265-1979 |
| | **Allmand Law Firm, PLLC** |
| | *Name of law firm* |