

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 1, 2025**

_____
**United States Bankruptcy Judge**

_____

BTXN 074 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Joe Nathan Woodson  §  Case No.:  24–43704–elm13
Aisha Nicole Dennis  §  Chapter No.:  13
  §
Debtor(s)  §

## ORDER REGARDING NOTICE OF CONVERSION

The Court, after review of the file and docket in the above entitled and numbered case, related to document 25, finds that a notice of voluntary conversion has been filed by the Debtor(s) to convert this case from Chapter 13 to Chapter 7. The Court finds that conversion of this case is effective as of the date of the notice of conversion pursuant to 11 U.S.C. §1307(a) and should be granted; it is, therefore

**ORDERED** that this case is converted to a case under Chapter 7.

# # # End of Order # # #